Leslie T. Gladstone, Trustee, SBN  144615
FINANCIAL LAW GROUP
5785 La Jolla Blvd., Ste. A
La Jolla, CA  92037
Telephone:  (858) 454-9887
Facsimile: (858) 454-9596

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TARA VIRGINIA OWEN-MOORE,<br><br>          Debtor. | Case No.: 10-01714-LT7<br><br>NOTICE OF MOTION AND MOTION OF TRUSTEE  LESLIE T. GLADSTONE TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS<br><br>Hearing Date:  June 17, 2010<br>Time:         10:00 a.m.<br>Dept.:       Three (3)<br><br>Honorable Laura S. Taylor |

NOTICE IS HEREBY GIVEN THAT ON June 17, 2010, at 10:00 a.m., in Department Three (3) of the United States Bankruptcy Court, Southern District of California, a hearing will be held on the motion of Trustee Leslie T. Gladstone for an extension of time for herself and the United States Trustee to file a complaint objecting to the discharge of the Debtors, pursuant to the following facts:

1.    The Debtor, Tara Virginia Owen-Moore, filed her petition for relief under Chapter 7 of the United States Bankruptcy Code on February 3, 2010.  On February 3, 2010, Leslie T. Gladstone, Trustee ("the Trustee") was appointed as interim trustee.

2.    The Debtor attended her first meeting of creditors as required by 11 U.S.C. Section 341(a) and directed by this Court's Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines dated February 4, 2010.  The first meeting was scheduled for March 10, 2010.  At the first

meeting, I questioned the Debtor and continued the meeting to April 22, 2010, and requested supporting documentation from the Debtor and to allow time for the numerous creditors who appeared at the Debtor's initial meeting of creditors to continue their questioning.  On April 15, 2010, the Trustee received voluminous documents from Debtor's counsel.  The Trustee agreed to continue the meeting of creditors scheduled for April 22, 2010, to May 14, 2010, to allow time for the Trustee to review the documents provided.

3.      The Trustee requested that Debtor's counsel stipulate to a continuance of the objection to discharge date, but the attorney only would allow an extension as to the United States Trustee, and the Chapter 7 Trustee.

4.       The last date to object to the discharge of the Debtor is May 10, 2010, and as neither the Trustee, nor creditors, have had an opportunity to examine the Debtor, and the Trustee has not received all the requested documentation from the Debtor, the Trustee requests that the time deadlines to object to the Debtor's discharge and the dischargeability of any debts, under Bankruptcy Rules 4004 and 4007, as to the Trustee, the United States Trustee and all creditors be extended until August 10, 2010.


Dated:  April 30, 2010                          Respectfully submitted,

                                                FINANCIAL LAW GROUP



                                                By:  /s/ Leslie T. Gladstone
                                                     Leslie T. Gladstone

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California.  I am over the age of 18 years and not a party to the within action.  My business address is 5785 La Jolla Boulevard, Ste. A, La Jolla, California 92037.

On May 7, 2010, I caused to be served:

**NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR**

on the parties in this action by placing a true and correct copy thereof in a sealed envelope(s), addressed as follows:

## SEE SERVICE LIST ATTACHED HERETO

■    (BY FIRST-CLASS U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices.  I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on May 7, 2010, at La Jolla, California.

/s/ Candi Collins
Candi Collins

Alphera Financial Serv
5550 Britton Pkwy
Hilliard, OH 43026-7456

American Profit Recovery
34405 W 12 Mile Road #379
Farmington, MI 48331-3391

AT&T
P.O. Box 1923
Morristown, NJ 07962-1923

Bank Of America
Po Box 1598
Norfolk, VA 23501-1598

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Bank of America
4060 Ogletown Stan
Newark, DE 19713

Bank of America - Coal Jen
4060 Ogletown Stan
Newark, DE 19713

Bank of America Olympia Group
4060 Ogletown Stan
Newark, DE 19713

Bk Of Amer
P.O. Box 17054
Wilmington, DE 19884-0001

Bogoljub Markovich
PO BOX 181263
Coronado, CA 92178-1263

CA Dept of Public Health
850 Marina Bay Parkway #F175
Richmond, CA 94804-6403

Chase
PO BOX 94014
Palatine, IL 60094-4014

Chi Lounge
3807 Arnold Ave
San Diego, CA 92104-3401

Classic Party Rental
1040 S Federal Highway Ste 100
Delray Beach, FL 33483-5079

David Robinson Design
5637 La Jolla Blvd
La Jolla, CA 92037-7524

Dennis J. Wickham
Seltzer Caplan McMahon Vitek
750 B Street, Ste.# 2100
San Diego, CA 92101-8114

Derian Equipment
2466 Sunflower Terrace
Vista, CA 92083-8037

Dragica Markovich
1500 Catherine Street #D210
Walla Walla, WA 99362-4166

Franchise Tax Board
PO BOX 942867
Sacramento, CA 94267-0001

Greenwood Memorial
4300 Imperial Ave
San Diego, CA 92113-1900

Jeff & Monique Jackson
2630 Chatsworth Blvd
San Diego, CA 92106-1353

Kiki Spounias
7742 Hershel Ave
La Jolla, CA 92037-4444

Kolodny & Pressman
11975 El Camino Real #201
San Diego, CA 92130-2540

Leslie T. Gladstone
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037-7346

Martini Hughs & Grossman
1040 S Federal Highway #100
Delray Beach, FL 33483-5079

MCCS
3800 Choain Ave
San Diego, CA 92140-5196

Merchants Me
2245 152nd Ne
Redmond, WA 98052-5519

National Commercial Services
6644 Valjean Ave Ste 100
Van Nuys, CA 91406-5816

Recovery Management Systems Corporation
25 S.E. Avenue, Suite 1120
Miami, Fl 33131

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Red Floral
5648 La Jolla Blvd
La Jolla, CA 92037-7523

Rewards Network
2 North Riverside Plaza 950
Chicago, IL 60606-2614

Robert Goff
PO BOX 60370
San Diego, CA 92166-8370

Robert Serian & Assoc.
28212 Kelly Johnson Parkway #2
Thousand Oaks, CA 91358

Ryen Toft
4468 Marlbrough Ave #9
San Diego, CA 92116-4753

Sergio Guevara
969 Paseo La Cresta
Chula Vista, CA 91910-6729

Sullivan Hill
550 West C Street
San Diego, CA 92101-3540

Tara Virginia Owen-Moore
3619 Plumosa Drive
San Diego, CA 92106-1142

Terry Hellenkamp
12760 High Bluff Drive #300
San Diego, CA 92130-2017

Timothy G. McFarlin
McFarlin & Geurts, LLP
4 Park Plaza, Ste. 1025
Irvine, CA 92614-2576

Trustee Services
217 Escondido Ave #2
Vista, CA 92084-6173

U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6017

UCSD
PO BOX 232410
San Diego, CA 92193-2410

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265-7504

Warren Walker
4605 Pt Loma Ave
San Diego, CA 92107-3895

West Coast Spec
7686 Formula Pl.
San Diego, CA 92121-2418

William Berkeley
PO Box 8409
La Jolla, CA 92038-8409

William Berkley
PO Box 8409
La Jolla, CA 92038-8409

William Berkley
c/o Dennis J. Wickham, Esq.
Seltzer Caplan McMahon Vitek
750 B Street, Suite 2100
San Diego, CA 92101-8177

William Berkley
c/o Dennis J. Wickham, Esq.
Seltzer Caplan McMahon Vitek
750 B Street
Suite 2100
San Diego, CA 92101-8177