VOSS, SILVERMAN & BRAYBROOKE LLP
JOHN C. WORSFOLD, SBN 261941
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T:(310)306-0515/F:(310)306-5368

Attorneys for DRAGICA MARKOVICH



# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO: 10-01714-LT7 |
|---|---|
| TARA VIRGINIA OWEN-MOORE,<br><br>Debtor. | Chapter 7<br><br>**DRAGICA MARKOVICH'S NOTICE OF MOTION TO JOIN and MOTION OF DRAGICIA MARKOVICH TO JOIN IN THE MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE FILED BY TRUSTEE LESLIE GLADSTONE**<br><br>Hearing Date: June 17, 2010<br>Time:         10:00am<br>Dept.         Three (3)<br><br>Hon. Laura S. Taylor |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PARTIES TAKE NOTICE that the firm of VOSS, SILVERMAN & BRAYBROOKE, LLP, attorneys for DRAGICA MARKOVICH, hereby provides notice of and motion to join in the Motion for Extension filed by Leslie Gladstone, Trustee. The Hearing will be held on June 17, 2010 at 10:00am in Dept Three (3) of this Court. The Motion to Join is based upon the following facts:

---

DRAGICA MARKOVICH'S NOTICE AND MOTION TO JOIN TRUSTEE's MOTION FOR EXTENSION OF TIME TO OBJECT

1. Dragica Markovich is a 77 year-old creditor of Debtor in the amount of approximately 2.1 million dollars which Debtor borrowed from Markovich for business investments. This amount represented virtually the entirety of Markovich's life savings. Debtor, at the time of receiving the funds, was the Daughter-in Law of Markovich, married at the time to Markovich's son, Bobby. Debtor and Bobby Markovich have since divorced.

2. Debtor told Markovich she needed to borrow the funds to pay her business investments and to pay for property taxes and licenses for her investments which were related to the business operations of William Berkeley and Berkley Group LLC, who has filed an Adversary Complaint alleging Fraud by the Debtor.

3. From the limited information received to date, it appears that the funds obtained by Debtor from Markovich to be used for investments in Berkley's business, were not in fact invested in the businesses, as was told to Markovich. Additionally, it appears that Debtor falsified a financial statement from Markovich's investment account to present to Berkley.

4. At the first scheduled 341(a) meeting of creditors on March 10, 2009, Debtor failed to provide all of the financial information required to be disclosed pursuant to F.R.Bankr. § 4002(b)(2). After a brief period of questioning by the Trustee, Leslie Gladstone, the Debtor was asked to provide further supporting documentation and the 341(a) meeting was continued until April 22, 2010.

5. The Trustee again continued the 341(a) meeting to May 14, 2010 at 5:00pm, in order to allow creditors and the Trustee to continue questioning and an opportunity to attempt to unravel the mysterious disappearance of approximately 5 million dollars of funds claimed by creditors.

6. An extension of time in which to file an objection to discharge is warranted by good cause under the circumstances and is also supported by equitable principles. Debtor has not and will not be prejudiced by such an extension as the 341(a) meeting of creditors has not even been completed at this time. The Trustee has timely filed a

DRAGICA MARKOVICH'S NOTICE AND MOTION TO JOIN TRUSTEE's MOTION FOR EXTENSION OF TIME TO OBJECT

2

Motion for Extension and has sought to protect the rights of all creditors in the matter. Markovich has relied upon the Motion filed by Trustee to protect her interests and also to help keep her costs down as she has been left with virtually nothing after suffering the apparent Fraud perpetrated upon her by Debtor. Good cause exists to extend the deadline to file to all creditors in this matter.

7. Markovich respectfully requests that the Court grant Trustee Leslie Gladstone's Motion to Extend Deadline as to the Trustee, the United States Trustee and all creditors until August 10, 2010.

DATED: May 14, 2010

VOSS, SILVERMAN & BRAYBROOKE LLP

By: _____
JOHN C. WORSFOLD,
Attorneys for DRAGICA MARKOVICH